```
WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No.: 000050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave. Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
```
*Attorney for Defendant,*
*Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff,<br><br>BRANDON JHUN, and individual; ELSKE VAN HEMERT, an individual; WELLS FARGO BANK, N.A.; DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE; ON CALL CASH, LLC, a Nevada Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:14-01936-APG-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, WELLS FARGO BANK, N.A., hereby substitutes and appoints the law firm of SNELL & WILMER, LLP as its attorneys in the above-entitled matter in its place and stead of the law firm of WRIGHT, FINLAY & ZAK, LLP.

DATED this 13 day of March, 2015.

WELLS FARGO BANK, N.A.

By: [signature]
Name: Brian O'Laughlin
Its: Counsel

WRIGHT, FINLAY & ZAK, LLP hereby substitutes in its place and stead the law firm of SNELL & WILMER, LLP as attorneys for Defendant, WELLS FARGO BANK, N.A. in the above-entitled matter.

DATED this 13th day of Feb., 2015.

WRIGHT, FINLAY & ZAK, LLP

_____
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117

SNELL & WILMER, LLP hereby accepts substitution as attorneys for Defendant, WELLS FARGO BANK, N.A., in the above-entitled matter in place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 23rd day of February, 2015.

SNELL & WILMER, LLP

_____
Richard C. Gordon, Esq.
Nevada Bar No. 9036
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED:   March 27, 2015**

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the **SUBSTITUTION OF COUNSEL** by the method indicated:

| | |
|---|---|
| _____ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____ | E-mail |
| __X__ | Electronic Submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case. |

| Firm | Contact | Email |
|---|---|---|
| **Kerry Faughnan, Esq.** | Kerry Faughnan, Esq. | Kerry.faughnan@gmail.com |
| | Blaine T. Welsh, Esq. Assistant United States Attorney | blaine.welsh@usdoj.gov |

DATED this __26th__ day of March 2015.

/s/ Julia Melnar
An employee of Snell & Wilmer L.L.P.

21242689