Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Jared C. Fields, Esq.
Nevada Bar No. 9311
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
jfields@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON JHUN, et al.,<br><br>Defendants. | Case No. 2:14-cv-01936-APG-GWF<br><br>**WELLS FARGO'S REQUEST FOR LEAVE TO HAVE CLIENT REPRESENTATIVE PARTICIPATE BY PHONE IN SETTLEMENT CONFERENCE** |

Pursuant to the Court's Order Scheduling a Settlement Conference (Doc. 36), Wells Fargo hereby respectfully requests a limited exception to the Court's attendance requirements for the settlement conference scheduled to commence at 9:00 a.m. on Thursday, April 7, 2016. Specifically, to accommodate the fact that Wells Fargo's representative with authority to settle this case is not located in or near the State of Nevada, Wells Fargo requests permission to allow its representative to participate in the conference by phone as necessary. The grounds for this request are set forth further below.

First, Wells Fargo takes this process and the Court's procedures very seriously, and intends to participate in this conference in good faith. In addition, Wells Fargo's outside counsel will attend the settlement conference in person. However, as a logistical matter, Wells Fargo's corporate representative responsible for this case is located in Charlotte, North Carolina. That

23734467

1  individual is also charged not only with responsibility for this case, but for many other properties facing similar and other litigation throughout Nevada and elsewhere.  As a result, attendance in person at the conference would require the commitment of part or all of three days.

Second, Wells Fargo contacted counsel for all parties, each of whom indicated they have no objection to Wells Fargo's corporate representative appearing at the settlement conference telephonically.

Third, as counsel for Wells Fargo communicated to the Court during the telephonic conference on January 20, 2016, Wells Fargo anticipates that this case, like most other similar cases, will be determined based on the Court's determination of legal issues relating to the HOA's purported foreclosure sale.  In the absence of a settlement in this case, Wells Fargo will be filing a dispositive motion on these issues.  But Wells Fargo agrees with the other parties that the potential resolution of the United States' interest in the property by settlement with LN Management would help to advance this case and clarify the remaining issues.

Accordingly, Wells Fargo respectfully requests that it be allowed leave to participate in good faith in the conference telephonically, without requiring in-person attendance.

Respectfully submitted this 23rd day of March, 2016.

SNELL & WILMER L.L.P.

　/s/ Tanya N. Peters
AMY F. SORENSON
JARED C. FIELDS
TANYA N. PETERS
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

*Attorneys for Wells Fargo Bank, N.A.*

- 2 -

23734467

**ORDER**

Wells Fargo's Request for Leave to Have Client Representative Participate by Phone in the Settlement Conference is granted.  IT IS SO ORDERED this __24th__ day of _____March_____, 2016.

_____
GEORGE FOLEY JR.
United States Magistrate Judge

- 3 -

23734467

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANT WELLS FARGO'S REQUEST FOR LEAVE TO HAVE CLIENT REPRESENTATIVE PARTICIPATE BY PHONE IN SETTLEMENT CONFERENCE** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| \_\_\_\_X\_\_\_\_ | Electronic service |

and addressed to the following:

Kerry P. Faughnan
P.O. Box 335361
North Las Vegas, NV 89033

*Attorney for Plaintiff*

Mark E. Woolf
Blaine T Welsh
U.S. Attorney's Office
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101

*Attorneys for Department of Treasury-Internal Revenue Service*

DATED this 23rd day of March, 2016.

/s/ *Nissa Riley*_____
An Employee of Snell & Wilmer L.L.P.

- 4 -

23734467