Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
asorenson@swlaw.com
afugazzi@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON JHUN, an individual; ELSKE VAN HEMERT, an individual; WELLS FARGO BANK, N.A.; DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; ON CALL CASH, LLC, a Nevada Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01936-APG-GWF<br><br>**STIPULATION AND ORDER TO PERMIT DEFENDANT WELLS FARGO BANK, N.A. TO AMEND ANSWER AND ADD COUNTERCLAIMS** |
| WELLS FARGO BANK, N.A.,<br><br>Counterclaimant,<br><br>vs.<br><br>LN MANAGEMENT LLC SERIES 7241 BROOK CREST, a Nevada Limited Liability Company; SALT CREEK HOMEOWNERS ASSOCIATION, a Nevada Limited Liability Company; and HAMPTON & HAMPTON, LLC, a Nevada Limited Liability Company,<br><br>Counter Defendant. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Pursuant to Federal Rule of Procedure 15(a), the parties hereby submit the following Stipulation and Order to permit Defendant Wells Fargo Bank, N.A. to amend its answer to assert additional affirmative defenses and counterclaims, and to add Salt Creek Homeowners' Association and Hampton & Hampton Collections LLC as new parties.

A copy of the Amended Answer and Counterclaims is attached as Exhibit A for filing with the Court.

**IT IS SO STIPULATED.**

Respectfully submitted this 11th day of August, 2016.

SNELL & WILMER L.L.P.

/s/ Kerry Faughnan
KERRY FAUGHNAN
P.O. Box 335361
North Las Vegas, Nevada  89086

*Attorney for Plaintiff*

/s/ Tanya N. Peters
AMY F. SORENSON
ALEX L. FUGAZZI
TANYA N. PETERS
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

/s/ Mark E. Woolf
BLAINE T. WELSH
MARK E. WOOLF
Assistant United States Attorney

*Attorneys for the United States*

## ORDER

IT IS SO ORDERED.

Dated:  August 11, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -