NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Mark.Woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LN Management LLC Series 7241 Brook Crest,<br><br>Plaintiff,<br><br>v.<br><br>Brandon Jhun, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-01936-APG-EJY<br><br>**Stipulation and Order Continuing Deadline to File Discovery Plan and Scheduling Order Due to Settlement Negotiations**<br><br>**(Second Request)** |

Pursuant to Local rule IA 6-1, the parties to this action jointly stipulate and request that the Court continue the deadline to file a discovery plan and scheduling order to **December 13, 2019**. This is the parties' second request for an extension of the deadline.

On September 9, 2019, the Court entered an order lifting the stay in this matter, requiring the parties to meet and confer within 60 days, and to submit a proposed scheduling order within 10 days of the meet and confer addressing several issues. ECF No. 58. The parties met and conferred per the Court's order and requested a short continuance to file the anticipated scheduling order to accommodate the parties' ongoing settlement discussions. ECF No. 61. The parties remain in active settlement discussions and believe that this matter will be resolved without need of further litigation. The short extension is

not sought for purposes of delay or any other improper purpose, but to allow the parties additional time to complete settlement negotiations.

Respectfully submitted this 27th day of November 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | SNELL & WILMER LLP |
| s/ Mark E. Woolf<br>MARK E. WOOLF<br>Assistant United States Attorney<br>*Attorneys for United States* | /s/ Tanya N. Lewis<br>AMY F. SORENSON<br>ALEX L. FUGAZZI<br>TANYA N. LEWIS<br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

*/s/ Kerry Faughnan*
KERRY FAUGHNAN
P.O. BOX 335361
North Las Vegas, Nevada 89086

*Attorney for Plaintiff*

**IT IS SO ORDERED.**

**Andrew P. Gordon**
**United States District Judge**

Dated: November 27, 2019.