# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff<br><br>v.<br><br>BRANDON JHUN, et al.,<br><br>Defendants | Case No.: 2:14-cv-01936-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

On December 30, 2019, the parties advised the court that they had reached a settlement and they requested 60 days to finalize settlement. ECF No. 65. More than 60 days have passed, but the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER the parties to file a stipulation of dismissal or a status report by March 20, 2020.

DATED this 9th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE