Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
asorenson@swlaw.com
afugazzi@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON JHUN, an individual; ELSKE VAN HEMERT, an individual; WELLS FARGO BANK, N.A.; DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; ON CALL CASH, LLC, a Nevada Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01936-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF WELLS FARGO BANK, N.A. WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff LN Management LLC Series 5204 Painted Sands ("LN Management"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant Internal Revenue Service ("IRS")(collectively, the "Parties"[1]), by and through their respective counsel, agree that:

---

[1] Defendants Jhun and Van Hemert were previously defaulted by this Court on May 19, 2014.  Defendant On Call Cash was previously defaulted by this Court on October 7, 2014.

**IT IS HEREBY STIPULATED AND AGREED** that the Deed of Trust recorded as instrument number 20090612-0005629 (the "**Wells Fargo DOT**") in the official records of the Clark County Recorder, is being quieted pursuant to a confidential settlement between LN Management and Wells Fargo, and LN Management is paying Wells Fargo consideration that is subject to a confidential settlement agreement. The Wells Fargo DOT is null and void and of no further force or effect, and title is quieted in the name of LN Management LLC Series 7241 Brook Crest ("**LN Management**") as to the property described in the Wells Fargo DOT as follows:

APN: 125-15-313-002
PARCEL ONE (1):

Lot Nineteen 919) in Block Three (3) of Amended Plat of a Portion of Saltcreek, as shown by map thereof on file in Book 92 of Plats, Page 20, in the Office of the County Recorder in Clark County, Nevada.

PARCEL TWO (2):

A non-exclusive easement for ingress, egress, and enjoyment in and to the association property as set forth in the Declaration of Covenants, Conditions, and Restrictions for Saltcreek a common interest community, recorded December 16, 1999 in Book 991216 as Document No. 00827, as the same may from time to time be amended and/or supplemented in the Office of the County Recorder of Clark County, Nevada, which easement is appurtenant to Parcel One (1).

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of Wells Fargo (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) relating to the promissory note (the "**Note**") described in the Wells Fargo DOT and/or any mortgage related thereto.

LN Management and Wells Fargo further agree that this Stipulation and Order is in <u>no way</u> intended to impair the rights of Wells Fargo (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrower(s), as defined in the Wells Fargo DOT and/or Note, that Wells Fargo (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, except the right to judicially or non-judicially foreclose/enforce the Wells Fargo DOT against the property described in the Wells Fargo DOT.

**IT IS FURTHER STIPULATED AND AGREED** that a copy of this Order may be recorded with the Clark County Recorder.

**IT IS FURTHER STIPULATED AND AGREED** by the Parties that Wells Fargo shall be dismissed from this action, and each and all of the claims, counter-claims, third-party claims, and causes of action asserted herein against or by Wells Fargo, are dismissed, WITH PREJUDICE.

**IT IS FURTHER STIPULATED AND AGREED** by the IRS that it consents to the settlement between LN Management and Wells Fargo, that it has no claim against Wells Fargo in this action, and the IRS further agrees that it will not attempt to dispute, clawback, render void, or otherwise contest any settlement funds paid to Wells Fargo as part of this settlement.

**IT IS FURTHER STIPULATED AND AGREED** that the Parties shall bear their own attorneys' fees and costs associated with any claims asserted by or against Wells Fargo, and that Wells Fargo shall not be responsible for the fees and costs incurred by any other party in this litigation.

**IT IS SO STIPULATED.**

Dated this 5th day of May, 2020.

LAW OFFICES OF KERRY FAUGHNAN

By: /s/ *Kerry P. Faughnan*
Kerry P. Faughnan, Esq. (NV Bar No. 12204)
P.O. Box 335361
North Las Vegas, Nevada 89086

*Attorney for Plaintiff*

*(electronic signature affixed with permission)*

Dated this 5th day of May, 2020.

SNELL & WILMER L.L.P.

By: /s/ *Tanya N. Lewis*
Amy F. Sorenson, Esq. (NV Bar No. 12495)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 5, 2020.