NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

SUMMER A. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
summer.johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE; WELLS FARGO BANK N.A., et al.,<br><br>          Defendants. | Case No. 2:14-cv-1936-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

WHEREAS, pursuant to the order of this Court (ECF No. 78), the parties were to file a Joint Pretrial Order on or before August 21, 2020. Since the entry of the Court's Order, the Parties have engaged in discussions concerning the settlement of the instant action. To provide for additional time to discuss the resolution of this matter, IT IS HEREBY STIPULATED AND AGREED by and between KERRY FAUGHNAN, ESQ., Attorney for Plaintiff LN MANAGEMENT LLC SERIES 7241 BROOK CREST and SUMMER A. JOHNSON, ESQ., of the United States Attorney's Office, Attorney for Defendant

UNITED STATES DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE, as follows:

That the deadline for filing the Joint Pretrial Order be extended until September 21, 2020.

Respectfully submitted this 31st day of August, 2020.

                                        NICHOLAS A. TRUTANICH
                                      United States Attorney

 /s/ Kerry Faughnan              /s/ Summer A. Johnson
KERRY FAUGHNAN              SUMMER A. JOHNSON
P.O. Box 335361                   Assistant United States Attorney
North Las Vegas, Nevada 89086

                                        *Attorneys for the United States*

*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED, Counsel for the parties shall file a Joint Pretrial Order on or before September 21, 2020.

DATE: August 31, 2020                              _____
                                                            UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that on August 31, 2020, I electronically filed the foregoing STIPULATION AND ORDER TO EXTEND DATE FOR FILING JOINT PRETRIAL ORDER with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                         */s/ Summer A. Johnson*
                                         SUMMER A. JOHNSON
                                         Assistant United States Attorney