# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff<br><br>v.<br><br>BRANDON JHUN, et al.,<br><br>Defendants | Case No.: 2:14-cv-01936-APG-EJY<br><br>**Order** |

The parties previously stipulated to extend the date to file the proposed joint pretrial order to September 21, 2020 because they were engaged in settlement discussions. ECF No. 80. The deadline has passed but the parties have not filed a stipulation of dismissal or a proposed joint pretrial order.

I THEREFORE ORDER that by October 2, 2020, the parties shall file a proposed joint pretrial order, a stipulation of dismissal, or a status report if settlement negotiations are ongoing. The failure to do so will result in dismissal of the case without further notice.

DATED this 24th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE