# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff<br><br>v.<br><br>BRANDON JHUN, et al.,<br><br>Defendants | Case No.: 2:14-cv-01936-APG-EJY<br><br>**Order** |

The parties previously stipulated to extend the date to file the proposed joint pretrial order to September 21, 2020 because they were engaged in settlement discussions. ECF No. 80. In the last status report, the parties indicated that the IRS would file a stipulation to dismiss or another status report by January 4, 2020. ECF No. 83. No stipulation or report has been filed.

I THEREFORE ORDER that by January 15, 2021, the parties shall file a stipulation of dismissal or a status report. The failure to do so will result in dismissal of the case without further notice.

DATED this 7th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE