NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: summer.johnson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7241 BROOK CREST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE; WELLS FARGO BANK N.A., et al.,<br><br>Defendants. | Case No. 2:14-cv-01936-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between Plaintiff LN Management LLC Series 7241 Brook Crest by and through its attorney of record, Kerry Faughnan, Esq. and Defendant United States Department of Treasury – Internal Revenue Service, by and through its attorney of record, Summer A. Johnson, Esq. of the United States Attorney's Office, that any and all

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

claims made in the above-captioned matter be dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted this 15th day of January, 2021.

<table>
<tr><td>

　/s/ *Kerry Faughnan*　　　
KERRY FAUGHNAN
P.O. Box 335361
North Las Vegas, Nevada 89086
*Attorney for Plaintiff*

</td><td>

NICHOLAS A. TRUTANICH
United States Attorney

　/s/ *Summer A. Johnson*　　
SUMMER A. JOHNSON
Assistant United States Attorney
*Attorneys for the United States*

</td></tr>
</table>

**IT IS SO ORDERED.**

　January 15, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　
Date                                                                                          United States District Judge

2